UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARISOL PORTALES BAUTISTA,<br><br>Petitioner,<br>v.<br><br>BRUCE SCOTT et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02652-LK<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

This matter comes before the Court on Petitioner Marisol Portales Bautista's Petition for Writ of Habeas Corpus, Dkt. No. 1. The Court ORDERS the parties to file supplemental briefing as described below.

By September 8, 2026, Portales Bautista shall file a brief addressing whether she filed an administrative appeal of the IJ's denial of bond. If she filed an administrative appeal, she shall file a copy of the IJ's written decision and may submit up to six pages of argument regarding the constitutional sufficiency of the bond hearing based on the written decision of the IJ regarding the bond decision. If she did not file an administrative appeal, she may submit up to three pages of argument addressing whether that should affect the outcome in this case.

Respondents may file a response to Portales Bautista's supplemental briefing with the same page limits described above by September 15, 2026. The Clerk is directed to renote Respondents' return, Dkt. No. 4, for September 15, 2026.

Dated this 25th day of August, 2026.

Lauren King
United States District Judge